# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2025

## NO. 03-24-00539-CV

**Victoria VanBuren, Appellant**

**v.**

**Daniel Urban, Appellee**

## APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
## DISMISSED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on January 22, 2025. Having reviewed the record, the Court concludes that this appeal should be consolidated into cause number 03-25-00132-CV and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records in this cause number to cause number 03-25-00132-CV, and dismisses cause number 03-24-00539-CV. The costs will be assessed on the disposition of cause number 03-25-00132-CV.